UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR-05-27-B-W |
| | ) | |
| ARTHUR MICHAEL KINSELLA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on March 19, 2008, her Recommended Decision. *Recommended Decision* (Docket # 116). Mr. Kinsella filed his objections to the Recommended Decision on April 4, 2008, and the Government filed its response to those objections on April 24, 2008. *Def.'s Obj. to Magistrate Judge's Recommended Decision* (Docket # 130); *Government's Resp. to Def.'s Obj. to Recommended Decision on Mot. to Suppress* (Docket # 156). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision, and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.[1]

1.  It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2.  It is further <u>ORDERED</u> that the Defendant's Motion to Suppress Evidence (Docket # 83) is <u>DENIED</u>.

---

[1] Mr. Kinsella objects to two factual findings: first, he asserts that the evidence did not demonstrate the length of the trip between Saint John and Bangor, and second, he clarifies that a meeting was to occur at eight o'clock eastern standard time, instead of nine o'clock, as it states in the recommended decision. I sustain these two factual objections, but they do not affect the soundness of the Magistrate Judge's other factual findings or her legal conclusions. *See* Def. Ex. 6; Tr. 12:17-20, 36:14-17 (Docket # 126).

SO ORDERED.

/s/ John A. Woodcock
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 28th day of April, 2008