UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

ARTHUR MICHAEL KINSELLA,   )
                           )
    Movant,                )
                           )         1:05-cr-00027-JAW
  v.                       )         1:11-cv-00188-JAW
                           )
UNITED STATES OF AMERICA,  )
                           )
    Respondent.             )


**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on September 30, 2011 her Recommended Decision. The Plaintiff filed his objections to the Recommended Decision on October 17, 2011. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further ORDERED that the United States' motion for summary dismissal of the Petitioner's 28 U.S.C. § 2255 motion is granted and said 28 U.S.C. § 2255 motion (Docket # 254) be and hereby is DISMISSED.

3. It is further <u>ORDERED</u> that no certificate of appealability should issue in the event the Plaintiff files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 9th day of November, 2011